## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN
## MADISON DIVISION

---

Mikayla L. Fellenz,                                    Civil File No.:  19-cv-946

       Plaintiff,

vs.                                    **DECLARATION OF NATE KALNINS**

The Stark Collection Agency, Inc.,

       Defendant.

---

I, Nate Kalnins, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.  I am the Vice President, Operations and Compliance for The Stark Collection Agency ("Stark").  The facts stated herein are within my personal knowledge and are based on my review of the relevant business records of Stark.  As part of my regular job duties, I have access to and routinely review the business records of Stark related to unpaid financial obligations originated by TDS and placed with Stark for collection in the ordinary course of business.

2.  I am familiar with Stark's account for Mikayla Fellenz.  TDS placed an outstanding financial obligation for Mikayla Fellenz with Stark for collection.  The financial obligation arose from a TDS account ending in 0153.

3.  Attached hereto as **Exhibit A** is a true and correct copy of an August 10, 2019, bill TDS sent to Mikayla Fellenz for internet services provided under TDS account number ending in 0153.  The bill has been redacted to remove personal identifiers.

4.      Attached hereto as **<u>Exhibit B</u>** is a true and correct copy of an October 29, 2019, letter Stark sent Mikayla Fellenz regarding the TDS account ending in 0153.  The letter is the one referenced in Plaintiff's complaint in this matter.  It has been redacted to remove personal identifiers.


Dated: January 17, 2020

By: <u>/s/ Nate Kalnins</u><br>**Nate Kalnins**