# EXHIBIT B

**Stark Account No.:**

PO Box 45710
Madison WI 53744-5710
RETURN SERVICE REQUESTED

## THE STARK COLLECTION AGENCY, INC.

(608) 274-7764 • (877) 274-7764

October 29, 2019

**THE STARK COLLECTION AGENCY INC**
PO Box 45710
Madison WI 53744-5710

Mikayla Fellenz
118 S Park Ave Apt B
Medford WI 54451-1714

Creditor:  TDS-MEDFORD - BO #0801
Creditor Acct. No.:  ▇▇▇▇-0153 07/09/2019

***Detach Upper Portion And Return With Payment***

### PLEASE TAKE NOTICE

TDS-MEDFORD - BO #0801 has referred an account to this office for collection. The amount due, which consists of the principal amount, is $90.49.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor if different from the current creditor.

**AMOUNT DUE:  $90.49**

---

 🖱 **Pay Online!**

Go to **www.starkforyou.com** and you will be redirected to our secure web portal.
Use the following login information:  **Username:** ▇▇▇▇▇   **Password:** ▇▇▇▇▇

---

Walk-in Hours: Monday: 8:00 a.m. – 6:00 p.m.; Tuesday - Friday: 8:00 a.m. – 5:00 p.m. All times Central.
Phone Hours: Monday - Thursday: 8:00 a.m. – 7:00 p.m.; Friday: 8:00 a.m. – 5:00 p.m. All times Central.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**





MEMBER
ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

**KEEP THIS PORTION FOR YOUR RECORDS**

1RDSTAR01TEL1_000026959

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

The Stark Collection Agency, Inc. ♦ 6425 Odana Road ♦ PO Box 45710 ♦ Madison WI 53744-5710 ♦ (608) 274-7764 ♦ (877) 274-7764